IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Veronica Lopez, Brent Hellman, Megan McGuinn, Shoshana Swain, Alejandra Ventura, Hamna Choudhry, and all others similarly situated under 29 U.S.C. § 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>Fun Eats and Drinks, LLC dba Champps<br><br>*Defendant.* | No. 3:18-cv-01091-X<br><br>STIPULATION |

## STIPULATION

Veronica Lopez, Brent Hellman, Megan McGuinn, Shoshana Swain, Alejandra Ventura, Hamna Choudhry, and all others similarly situated under 29 U.S.C. § 216(b) who have filed consents to join this action (collectively, "Plaintiffs") and Fun Eats and Drinks, LLC dba Champps ("Defendant") ("Plaintiffs" and "Defendant" collectively, the "parties") stipulate as follows:

1.      The parties stipulate that Plaintiffs are entitled to recover $5.12 per hour (i.e. the amount of the tip credit differential) for all hours they worked while being paid $2.13 as follows:

| Plaintiff | Hours Worked at $2.13 hr | Min Wage Differential | Min Wage Damages (excl. liquidated) |
|---|---|---|---|
| Brittani R Alexander | 722.27 | $5.12 | **$3,698.02** |
| Jordan M Baker | 387.36 | $5.12 | **$1,983.28** |
| Tara Beegle fka Garrett | 749.53 | $5.12 | **$3,837.59** |
| Malia K Belk | 574.68 | $5.12 | **$2,942.36** |
| Jordan Buice | 925.88 | $5.12 | **$4,740.51** |
| Christine Cartwright | 1824.11 | $5.12 | **$9,339.44** |
| Hamna Choudhry | 2177.68 | $5.12 | **$11,149.72** |
| Ryan W Drakes | 93.26 | $5.12 | **$477.49** |
| Raquel Ervin | 57.81 | $5.12 | **$295.99** |
| Breanna M Gelsinger | 417.30 | $5.12 | **$2,136.58** |

1

| | | | |
|---|---|---|---|
| Randi Gibson | 1867.13 | $5.12 | **$9,559.71** |
| Calvin R Glover, Jr | 45.02 | $5.12 | **$230.50** |
| Daniel Hack | 255.00 | $5.12 | **$1,305.60** |
| Deerika Hampton | 1384.59 | $5.12 | **$7,089.10** |
| Brent Hellman | 2730.74 | $5.12 | **$13,981.39** |
| Christopher L Hollingsworth | 113.65 | $5.12 | **$581.89** |
| Sophia Hungerford | 1122.95 | $5.12 | **$5,749.50** |
| Melissa Hunt | 346.60 | $5.12 | **$1,774.59** |
| Melissa Johnston | 387.09 | $5.12 | **$1,981.90** |
| Daniel Kim | 206.35 | $5.12 | **$1,056.51** |
| Katie Kim | 1673.55 | $5.12 | **$8,568.58** |
| Rebecca Lewis | 951.40 | $5.12 | **$4,871.17** |
| Veronica Lopez | 2091.86 | $5.12 | **$10,710.32** |
| Kevin J McCarty | 725.99 | $5.12 | **$3,717.07** |
| Megan McGuinn | 1459.89 | $5.12 | **$7,474.64** |
| Matthew McKissick | 2727.38 | $5.12 | **$13,964.19** |
| Patrieka Morgan | 261.16 | $5.12 | **$1,337.14** |
| Michael J O'Brien | 700.65 | $5.12 | **$3,587.33** |
| Juan C Orellana | 1786.20 | $5.12 | **$9,145.34** |
| Angela Parada | 785.72 | $5.12 | **$4,022.89** |
| Ashley Pepsny | 1836.66 | $5.12 | **$9,403.70** |
| Sumner Prater | 132.93 | $5.12 | **$680.60** |
| Emily R Probst | 1545.35 | $5.12 | **$7,912.19** |
| Francisco J Ramirez | 1749.34 | $5.12 | **$8,956.62** |
| Celia R Rodriguez | 2327.01 | $5.12 | **$11,914.29** |
| Matthew Sims | 1598.83 | $5.12 | **$8,186.01** |
| Jasmine Smith | 1023.37 | $5.12 | **$5,239.65** |
| Janee Strickland | 199.20 | $5.12 | **$1,019.90** |
| Shoshana Swain | 1101.83 | $5.12 | **$5,641.37** |
| Sarah Taylor | 1350.94 | $5.12 | **$6,916.81** |
| Melissa Valenzuela | 1587.22 | $5.12 | **$8,126.57** |
| Alejandra Ventura | 964.81 | $5.12 | **$4,939.83** |
| Jonathan Waggoner | 1527.68 | $5.12 | **$7,821.72** |
| Jessica Wall | 3263.13 | $5.12 | **$16,707.23** |
| Lindsey Wallace | 70.17 | $5.12 | **$359.27** |
| Alexandria Washington | 531.91 | $5.12 | **$2,723.38** |
| Jennifer Weel | 526.40 | $5.12 | **$2,695.17** |
| Andrea Willis | 1578.84 | $5.12 | **$8,083.66** |
| Latrencia Wiltz | 151.12 | $5.12 | **$773.73** |
| | | **Total** | **$269,412.04** |

2. The above amounts do not include the mandatory award of liquidated damages Plaintiffs are entitled to recover under 29 U.S.C. § 216(b). *Ettorre v. Russos Westheimer, Inc.*, No. 21-20344, 2022 U.S. App. LEXIS 7295, at *12 (5th Cir. Mar. 18, 2022) ("An employer who violates the FLSA's minimum wage provision is liable for the unpaid compensation and 'an additional equal amount as liquidated damages.'") (quoting 29 U.S.C. § 216(b)).

3. Therefore, the final judgment entered by the Court shall include an additional award of liquidated damages to each Plaintiff in an additional amount equal to the damages shown above.

4. Upon entering into this Stipulation, the parties stipulate that there are no remaining factual issues to be resolved by a trier of fact.

5. Therefore, the parties stipulate to entry of the Final Judgment *attached as* Exhibit 1.

6. Finally, the parties stipulate that Plaintiffs, as the prevailing parties under the Fair Labor Standards Act, are entitled to a mandatory award of attorneys' fees and costs to be determined by the Court. *See Ettorre*, 2022 U.S. App. LEXIS 7295, at *13 ("Pursuant to the FLSA, 'an employer who violates the statute is also required to pay attorney's fees.'") (quoting *Black v. SettlePou, P.C.*, 732 F.3d 492, 502 (5th Cir. 2013)) (citing 29 U.S.C. § 216(b)). As set forth in the proposed Final Judgment, the parties stipulate to allow Plaintiffs until October 14, 2022 to file their motion to recover an award of attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d).

\*   \*   \*

**So Stipulated on September 7, 2022:**

By: */s/ Drew N. Herrmann*
Drew N. Herrmann
Texas Bar No. 24086523
drew@herrmannlaw.com
Pamela G. Herrmann
Texas Bar No. 24104030
pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102
ATTORNEYS FOR PLAINTIFFS
AND OPT-IN PLAINTIFFS

By: */s/ Stephen C. Key*
Stephen C. Key
Tx Bar No. 00791022
John L. Freeman
Tx Bar No. 07425500
**Brown Fox PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
(214) 327-5000
stephen@brownfoxlaw.com
john@brownfoxlaw.com

ATTORNEYS FOR DEFENDANT
FUN EATS AND DRINKS, LLC D/B/A
CHAMPPS