UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VERONICA LOPEZ; BRENT HELLMAN; MEGAN MCGUINN; SHOSHANA SWAIN; ALEJANDRA VENTURA; and HAMNA CHOUDHRY,<br><br>*Plaintiffs*,<br><br>v.<br><br>FUN EATS AND DRINKS, LLC *doing business as* CHAMPPS,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:18-CV-01091-X |

## **FINAL JUDGMENT**

This is an action under the Fair Labor Standards Act by plaintiffs Veronica Lopez, Brent Hellman, Megan McGuinn, Shoshana Swain, Alejandra Ventura, Hamna Choudhry, and each of the Opt-In Plaintiffs (collectively, "Plaintiffs") against Defendant Fun Eats and Drinks, LLC dba Champps ("Defendant").

This Court granted Plaintiffs' Motion for Partial Summary Judgment. Thereafter, on September 7, 2022, the parties entered into a stipulation that resolved Plaintiffs' remaining claims for relief [Doc. No. 76].

Accordingly, it is **ORDERED and ADJUDGED** that Plaintiffs collectively recover judgment against Defendant Fun Eats and Drinks, LLC for the principal sum of $269,412.04 for unpaid minimum wages, plus liquidated damages in the sum of $269,412.04, and post-judgment interest on the foregoing sums at the rate of 3.33% per annum.

1

It is further **ORDERED and ADJUDGED** that Plaintiffs collectively recover judgment against Defendant their attorneys' fees and related nontaxable expenses as the Court shall hereafter award by separate memorandum opinion. The plaintiffs have fourteen (14) days to file a motion for fees.

Plaintiffs' taxable costs of Court, as calculated by the clerk of Court are taxed against Defendant.

**IT IS SO ORDERED** this 8th day of September, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE