IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Veronica Lopez, Brent Hellman, Megan McGuinn, Shoshana Swain, Alejandra Ventura, Hamma Choudhry, and all others similarly situated under 29 U.S.C. § 216(b)** | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:18-cv-01091-X |
| **Fun Eats and Drinks, LLC dba Champps,** | § § § | |
| *Defendant*. | § | |

## BROWN FOX PLLC'S RESPONSE TO COURT'S DECEMBER 5, 2022 ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Stephen C. Key, John L. Freeman, and the law firm of Brown Fox PLLC (collectively, "Respondents"), attorneys of record for the Defendant Fun Eats and Drinks, LLC dba Champps ("Champps" or "Defendant"), and file this response to the Court's December 5, 2022 Order (DKT 88) on behalf of Respondents.

On September 8, 2022, the Court entered judgment in this matter following Defendant's largely financial decision to no longer contest the disputed facts of this case. Around that same time, as a result of Defendant's inability to pay legal fees (or satisfy its considerable debt to the undersigned counsel), Defendant agreed to represent itself through its General Counsel, Luke Kosters.

On October 6, 2022, Plaintiffs served Defendant with post-judgment discovery through counsel.

On October 7, 2022, Defendant's counsel forwarded the discovery to Defendant by emailing the same to Mr. Kosters, including a clear statement of the November 7, 2022 deadline.

– 2 –

The undersigned counsel followed up with a reminder email on October 31, 2022. Counsel received no response to either communication.

On November 8, 2022, having received no response from the client, the undersigned counsel filed a Motion to Withdraw as counsel. Upon receipt of the Motion to Withdraw, Mr. Kosters contacted the undersigned counsel and reaffirmed his commitment to undertake representation of Defendant and shared actions he had taken to that end.

On November 21, 2022, the Court denied the undersigned counsel's Motion to Withdraw, citing authority requiring an LLC to be represented by counsel admitted to practice in the Northern District. Mr. Kosters was subsequently advised to take the necessary steps to be substituted as counsel, including obtaining *pro hac vice* admission to the Northern District, or engaging other counsel to represent Defendant.

On December 5, 2022, the Court entered an order (DKT 88) granting Plaintiffs' Motion to Compel and ordering compliance therewith by December 30, 2022. The undersigned counsel forwarded the same to Mr. Kosters but initially received no response.

On December 22, 2022 after the undersigned counsel had completed a draft of this response, Luke Kosters, general counsel of Defendant, contacted the undersigned counsel and stated that Defendant would comply with the Court's Order (DKT 88) by January 15, 2023. The undersigned counsel advised Mr. Kosters that the compliance date of December 30, 2022 was an order of the Court and that Defendant was required to comply with the Court's order. Since that time, the undersigned counsel has not had any response or communication from Mr. Kosters or anyone else with Defendant.

The Respondents have taken the above actions and advised Mr. Kosters and Defendant that Defendant must comply with the Court's order (DKT 88); however, Mr. Kosters and Defendant

– 3 –

have not followed Respondents' advice or complied with the Court's order. Accordingly, Respondents respectfully request that if any sanctions are imposed that those not be imposed against Respondents as they have implored Defendant to comply with the Court's order.

Respondents also request that they receive any and all other relief to which they are entitled.

Respectfully submitted,

BROWN FOX PLLC

*/s/ John L. Freeman*
STEPHEN C. KEY
State Bar No. 00791022
JOHN L. FREEMAN
State Bar No. 07425500

8111 Preston Road, Suite 300
Dallas, Texas 75225
214.396.9278 (Key)
214.396.9280 (Freeman)
214.327.5001 (Facsimile)
stephen@brownfoxlaw.com
john@brownfoxlaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ John L. Freeman*
John L. Freeman