UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VERONICA LOPEZ, et al., § § *Plaintiffs*, § § v. § Civil Action No. 3:18-CV-1091-X § FUN EATS AND DRINKS, LLC, § d/b/a/ Champps, § § *Defendant*. § | |

VERONICA LOPEZ, et al.,

    *Plaintiffs*,

v.     Civil Action No. 3:18-CV-1091-X

FUN EATS AND DRINKS, LLC,
d/b/a/ Champps,

    *Defendant*.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 106]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **GRANTS** Plaintiffs' Motion for Attorney Fees and Costs [Doc. 81] and awards Plaintiffs $353,740.00 for their attorney fees and $8,158.49 for their related nontaxable expenses under 29 U.S.C. § 216(b).

**IT IS SO ORDERED** this 14th day of July, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1