UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VERONICA LOPEZ, et al., § § § § § § § § § § § | |
| Plaintiffs, | |
| v. | Civil Action No. 3:18-CV-1091-X |
| FUN EATS AND DRINKS, LLC, d/b/a/ Champps, | |
| Defendant. | |

## **SUPPLEMENTAL FINAL JUDGMENT**

The Court enters this Supplemental Final Judgment, supplementing the Court's Final Judgment entered on September 8, 2022. [Doc. 78].

The Court finds that the lodestar amount of attorney fees requested by Plaintiffs is reasonable. Plaintiffs provided the Court with adequate, detailed documentation of the time and fees incurred, and has shown that the respective hourly rates are reasonable and comparable to what other attorneys of similar experience charge in the Northern District of Texas.

Therefore, the Court enters this Supplemental Final Judgment and awards Plaintiffs an additional $353,740.00 for their attorney fees. In addition, the Court further awards Plaintiffs their reasonable litigation-related expenses in the amount of $8,158.49.

Accordingly, the Final Judgment entered on September 8, 2022, [Doc. 78], is hereby supplemented to award Plaintiffs an additional $361,898.49 for their attorney

1

fees and litigation-related expenses, plus post-judgment interest shall accrue on the foregoing amounts at the rate of 8.25% until paid in full.   The clerk is directed to tax costs against Defendant in the amount of $2,403.70.

**IT IS SO ORDERED** this 14th day of July, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE