UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VERONICA LOPEZ, et al., | § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Civil Action No. 3:18-CV-1091-X |
| FUN EATS AND DRINKS, LLC, d/b/a/ Champps, | | |
| *Defendant*. | | |

## MEMORANDUM OPINION AND ORDER

The Court previously sanctioned Fun Eats and Drinks, LLC ("Champps") and Champps's General Counsel, Luke Kosters, for violating multiple Court orders and ordered the contemnors to pay Plaintiffs $5,415 in attorney fees. Champps and Kosters didn't do that, so Plaintiffs now file a new motion for contempt [Doc. 109], asking the Court to jail Kosters until he (1) pays the $5,415 in attorney fees and (2) responds to post-judgment discovery (the basis of the original contempt motion). Additionally, Plaintiffs seek even more attorney fees for this second contempt motion.

The Court **DENIES** Plaintiffs' motion for contempt. Specifically, Plaintiffs appear to seek a contempt daisy chain, in which they bring contempt motions for repeated failures to comply with Court orders and secure attorney fees associated with bringing those motions. As for jailing Kosters, the Court declines to construct a debtor's prison that the Fourteenth Amendment and federal law both prohibit.

1

Plaintiffs need to collect on their judgment or sue any fraudulent transferee. Repetitious sanctions motions are not the answer.

    **IT IS SO ORDERED** this 18th day of August, 2023.

 

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE